**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6971**

_____

MICHAEL CAUGHMAN,

Petitioner - Appellant,

versus

LAURIE F. BESSINGER, Warden; CHARLES M.
CONDON,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Henry M. Herlong, Jr., District
Judge.  (CA-96-3644-3-20BC)

_____

Submitted:  May 14, 1998            Decided:  May 26, 1998

_____

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Caughman, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Lauri J. Soles, OFFICE OF THE ATTORNEY
GENERAL OF SOUTH CAROLINA, Columbia,  South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Caughman seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Caughman v. Bessinger, No. CA-96-3644-3-20BC (D.S.C. June 26, 1997). We also deny Caughman's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED